ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
DONEEA KINRED,                :
                              :
            Plaintiff,        :
                              :
      - v. -                  :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :   07 Civ. 9232 (AKH)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

RECEIVED DEC 0 7 2007 ALVIN K. HELLERSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from December 28, 2007 to and including February 27, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
November 29, 2007

        PORTNOY & MARCUS, P.C.
        Attorneys for Plaintiff

By: _____
        IRWIN M. PORTNOY, ESQ.
        7 Rock Cut Road
        Newburgh, New York 12550
        Telephone No.: (845) 567-0315

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York
        Attorney for Defendant

By: _____
        SUSAN D. BAIRD
        Assistant United States Attorney
        86 Chambers Street - 3rd Floor
        New York, New York 10007
        Telephone No.: (212) 637-2713

SO ORDERED: 12/7/07

_____
UNITED STATES DISTRICT JUDGE