# PORTNOY AND MARCUS, P.C.

**IRWIN M. PORTNOY**
U.S. ADMINISTRATIVE LAW JUDGE (RETIRED) *Of Counsel*

**MICHELLE S. MARCUS**
**COUNSELOR AT LAW**

7 ROCK CUT ROAD
NEWBURGH, NEW YORK 12550
E-MAIL: SocSecLaw@aol.com
TEL (845) 567-0315
FAX (845) 567-1176

January 9, 2008 

Honorable Alvin K. Hellerstein, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

      Re: <u>Doneea Kinred v. Michael Astrue, Commissioner of Social Security</u>
          07 Civ. 9232 (AKH)

Dear Judge Hellerstein:

    I write to request a postponement of the conference you have scheduled in this case on January 18, 2008. This is an action to review a decision of the Commissioner of Social Security denying SSI benefits to my client. Defendant has sought, and obtained, a postponement until February 27, 2008 to file an Answer or move with respect to the Complaint. It would be premature to schedule a conference since the issues have not been joined as yet.

    In any event, I respectfully suggest that the conference be postponed *sine die*, because Defendant's counsel and I can agree on a briefing schedule in the event she files an Answer. We have done so in the past, and I do not expect that any difficulty will arise in this case.

    If a conference is, indeed, scheduled, I would appreciate it if I could attend by telephone due to the distance of travel to the courthouse from Newburgh, NY.

    Defendant's counsel consents to this request. Thanking you for your anticipated courtesy, I remain,

Very truly yours,

*[signature: Irwin M. Portnoy]*

cc:   Susan Baird, Asst. U.S. Attorney
       By FAX 212/637-2750

SO ORDERED: *The conf. is cancelled, on condition that a briefing schedule by 2/27/08.*

*[signature]*
Alvin K. Hellerstein, U.S.D.J.   Date

*1/14/08*