**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED FEB 27 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

So ordered 2/27/08
[signature] A.K. Hellerstein

BY FAX

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Doneea Kinred v. Astrue
    07 Civ. 9232 (AKH)

Dear Judge Hellerstein:

The Government is filing an answer in the above-referenced Social Security case today. We write on behalf of both parties to propose a briefing schedule for this case: plaintiff's motion for judgment on the pleadings by April 14, 2008, the Government's opposition and cross-motion for judgment on the pleadings by May 14, 2008, and plaintiff's opposition to the Government's motion by June 4, 2008. We appreciate the Court's consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FAX
    Irwin M. Portnoy, Esq.

TOTAL P.02