# PORTNOY AND MARCUS, P.C.

**IRWIN M. PORTNOY**
U. S. ADMINISTRATIVE LAW JUDGE, (RETIRED)

**MICHELLE S. MARCUS**
ATTORNEY AND COUNSELOR AT LAW

**SUZANNE HOLT**
ATTORNEY AND COUNSELOR AT LAW

7 ROCK CUT ROAD
NEWBURGH, NEW YORK 12550
TEL (845) 567-0315
FAX (845) 567-1176

June 3, 2008

Honorable Alvin K. Hellerstein, United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

    Re: <u>Donnea Kinred v. Michael J. Astrue,</u>
         07 Civ. 9232 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

Dear Judge Hellerstein:

    I respectfully request an extension of time until July 26, 2008 to file a Reply Brief in this action in response to Defendant's Notice of Cross-Motion which we received May 23, 2008.

    The press of other work in the District Courts in New York State prevent asking for an earlier date. Within two days, Defendant has filed response in two different actions including this one. The Office of the Regional Counsel has filed an Answer in a third action, and a Brief is due by July 17, 2008 in that action. I am unable to work on all three at the same time.

    I have contacted Defendant's counsel. She has consented. If you approve, please "so order" this request.

    Thanking you for your consideration of this matter, I remain,

Very truly yours,

Enclosures

cc: Susan Baird, Assistant U. S. Attorney
    Office of the U. S. Attorney Southern District of New York
    By FAX 212/637-2750

SO ORDERED: 6-19-08

U.S.D.J.         Date