

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

July 14, 2008

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/15/08]*

*So ordered 7-15-08 [signature] A.K. Hellerstein*

BY FAX

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re: <u>Doneea Kinred v. Astrue</u>
                   07 Civ. 9232 (AKH)

Dear Judge Hellerstein:

      We write respectfully to request, with the consent of plaintiff's counsel, that the Government be permitted to file a reply brief in the above-referenced Social Security case by August 1, 2008. Plaintiff moved for judgment on the pleadings in this case, the Government opposed the motion and filed a cross-motion for judgment on the pleadings, and, on June 30, 2008, plaintiff filed an opposition to the Government's motion. No date was previously set for the Government's reply brief on its motion. The reason we are requesting the setting of a date for the Government's reply brief at this time is that plaintiff had requested until July 26, 2008, to file her opposition brief, but filed it early, and the undersigned has been on vacation for the past ten days. We appreciate the Court's consideration of this request.

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney

              By:   /s/ [signature]
                  SUSAN D. BAIRD
                  Assistant United States Attorney
                  tel. (212) 637-2713
                  fax (212) 637-2750

cc: BY FAX
    Irwin M. Portnoy, Esq.