UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DONEEA KINRED,

       Plaintiff,

 -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

07 Civ. 9232 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Plaintiff Doneea Kinred brings this action pursuant to 42 U.S.C. § 405 (g), seeking judicial review of a decision of the Commissioner of Social Security that she is not entitled to benefits. Plaintiffs and defendants have both moved for a judgment on the pleadings pursuant to the Federal Rules of Civil Procedure Rule 12(c). I am unable to rule on these motions without further information. Presently, plaintiff provides blood neutrophil counts in percentage form. The Merck Manual defines neutropenia as follows:

> Neutropenia is a reduction in the blood neutrophil (granulocyte) count . . . A normal neutrophil count is above 1200-1500 per microliter . . . An individual is considered to have a mild risk of infection where the count is 1000-1500, to have a moderate risk of infection when the count is 500-1000, and to have a severe risk of infection when the count is under 500. The Merck Manual 931 (17th ed. 1999).

 Medical records conforming to the Merck Manual description of neutropenia are necessary to make a proper ruling. Plaintiffs are ordered to submit medical records conforming to this standard by August 22, 2008.

    SO ORDERED.

Dated:  August __, 2008
     New York, New York

             ALVIN K. HELLERSTEIN
             United States District Judge

1